NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5173

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 02-CV-796,
Judge Francis M. Allegra.

ON MOTION

## O R D E R

Upon consideration of the United States' motion for leave to file a supplemental appendix,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAR 11 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Norman H. Singer, Esq.
Steven M. Mager, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 11 2009

JAN HORBALY
CLERK